**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-08863 |
| | ) | |
| Jacqueline Rowlette | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **July 31, 2015** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in **North Branch Court (Round Lake Beach)**, or any other courtroom he may occupy at **1792 Nicole Lane, Round Lake Beach, Illinois, 60073** and shall there present **APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PETER FLOWERS AND MEYERS AND FLOWERS, LLC, SPECIAL COUNSEL TO THE TRUSTEE ON PART B OF SETTLEMENT,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

                             Ilene F. Goldstein, as Trustee
                             for Jacqueline Rowlette


                       By:   /s/ Ilene F. Goldstein
                             One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595

**CERTIFICATE OF SERVICE**

Statement on service list regarding serving docs electronically

      I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PETER FLOWERS AND MEYERS AND FLOWERS, LLC, SPECIAL COUNSEL TO THE TRUSTEE ON PART B OF SETTLEMENT** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PETER FLOWERS AND MEYERS AND FLOWERS, LLC, SPECIAL COUNSEL TO THE TRUSTEE ON PART B OF SETTLEMENT**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 5:00 p.m. on July 1, 2015.

                                                       /s/ Ilene F. Goldstein
                                                        Ilene F. Goldstein

**SERVICE LIST**

**U.S. Trustee**                                         **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**                               **Via Court's Electronic Notice for Registrants**
Douglas W. Worrell
Douglas Worrell, P.C.
1625 W. Colonial Parkway
Inverness, IL 60067

**Special Counsel**                                  **Via First Class Mail**
Peter Flowers
Meyers & Flowers, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174

Meyers & Flowers, LLC
225 West Wacker Drive, Suite 1515
Chicago, IL 60606

| | |
|---|---|
| **Debtor**<br>Jacqueline Ruth Rowlette<br>7047 Willow Springs<br>Long Grove, IL 60060 | **Via First Class Mail** |
| **Creditors who filed Claims**<br>Whitehall of Deerfield<br>c/o Stone Pogrund Korey<br>1 E Wacker Drive, Ste 2610<br>Chicago, IL 60601 | **Via First Class Mail** |
| Nicor Gas<br>Po box 549<br>Aurora, IL 60507 | **Via First Class Mail** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-08863 |
| | ) | |
| Jacqueline Rowlette | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PETER FLOWERS AND MEYERS AND FLOWERS, LLC, SPECIAL COUNSEL TO THE TRUSTEE ON PART B OF SETTLEMENT**

Peter Flowers and Meyers and Flowers, LLC ("Flowers"), Special Counsel for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Peter Flowers and Meyers and Flowers, LLC. the award of $2,550.00 as compensation and the amount of $586.62 as specific case cost reimbursement as final compensation as Special Counsel to the Trustee on Part B of Settlement. In support of its application, Peter Flowers and Meyers and Flowers, LLC, respectfully states as follows:

**BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS**

On March 6, 2013 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

**RETENTION OF PETER FLOWERS AND MEYERS AND FLOWERS LLC**

1. On February 21, 2014, this Court entered an Order granting the Trustee's Motion to Employ Peter Flowers and Meyers and Flowers LLC., as Special Counsel for the Estate. A copy of said Order is available on the Court's docket.

2. Peter Flowers and Meyers and Flowers LLC., were retained by the Trustee to assist in the personal injury case of action against DePuy Orthopaedics, Inc and

Premier Orthopaedic Sales, Inc., pending in the Circuit Court of Cook County. Attached as Exhibit A is a copy of the retention agreement of Peter Flowers and the law firm of Meyers & Flowers, LLC entered into with the Debtor Jacqueline Rowlette. The terms of the retention are set forth in Exhibit A but basically provide that Peter Flowers and the law firm of Meyers & Flowers, LLC.

3. Pursuant to the Retention agreement the firm of Meyers and Flowers, LLC has already received the amount of $70,833.33 as compensation and the amount of $5,408.62 as non-specific case costs expense reimbursement and $2,518.08 as specific case cost reimbursement. This was a class action suit and therefore certain expenses are ascribed to all of the plaintiffs while other expenses are plaintiff specific.

Part B of the settlement has recently been received by the Trustee in the amount of $8,460.00. The Law Firm of Meyers & Flowers, LLC is requesting their compensation pursuant to the Retention Agreement on these funds. Specifically they are requesting attorneys fees in the amount of $2,550.00 and reimbursement of expenses in the amount of $586.62 as specific case cost reimbursement. Attached as Exhibit B is a breakdown of those expenses.

4. Pursuant to §330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Peter Flowers and Flowers services are compensable and the compensation requested is fair and reasonable.

5. An Affidavit of Peter Flowers and the Flowers firm is attached hereto as Exhibit C in support of this application.

WHEREFORE, Peter Flowers and Meyers and Flowers LLC, requests the entry of an order:

A. Allowing and directing payment to Peter Flowers and Meyers and Flowers LLC, final compensation on Part B of the Settlement in the amount of $2,550.00 as compensation and the amount of $586.62 as reimbursement of expenses.

B. For such other and further relief as this Court deems appropriate.

Respectfully submitted by<br>
Ilene F. Goldstein<br><br>
By: /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595