# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ROWLETTE, JACQUELINE RUTH     § | Case No. 13-08863-ABG |
| § | |
| § | |
| § | |
| Debtor(s)                            § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 06, 2013. The undersigned trustee was appointed on March 06, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         249,100.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 83,791.05 |
   | Bank service fees | 7,651.06 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 17,763.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 139,894.89 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/22/2015 and the deadline for filing governmental claims was 09/02/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,097.95. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,097.95, for a total compensation of $12,097.95.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2017    By: /s/ILENE F. GOLDSTEIN
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-08863-ABG  
**Case Name:** ROWLETTE, JACQUELINE RUTH  

**Period Ending:** 10/19/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 03/06/13 (f)  
**§341(a) Meeting Date:** 05/02/13  
**Claims Bar Date:** 09/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|:---:|---:|---:|
| 1   12 Croydon Road, Hawthorn Woods, IL 60047<br>Imported from original petition Doc# 1 | 386,000.00 | 0.00 | OA | 0.00 | FA |
| 2   Cash on Hand<br>Imported from original petition Doc# 1 | 60.00 | 0.00 |  | 0.00 | FA |
| 3   Chase Checking<br>Imported from original petition Doc# 1 | 40.00 | 0.00 |  | 0.00 | FA |
| 4   Accomodation co-signer on BMO Harris account wit<br>Imported from original petition Doc# 1 | 66.00 | 0.00 |  | 0.00 | FA |
| 5   Minimal household goods and furnishings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 |  | 0.00 | FA |
| 6   Misc clothing and wearing apparel<br>Imported from original petition Doc# 1 | 100.00 | 0.00 |  | 0.00 | FA |
| 7   AARP term life policy no cash value, children ar<br>Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 8   Interest in ex-husbands pension, defined benefit<br>Imported from original petition Doc# 1 | 73,418.00 | 0.00 |  | 0.00 | FA |
| 9   Rowlette, Inc. real estate brokerage, liabilitie<br>Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 10   Personal Injury, products liability, disability,<br>Imported from original petition Doc# 1 | Unknown | 0.00 |  | 249,100.00 | FA |
| 11   2008 Jeep Liberty, 50K plus miles<br>Imported from original petition Doc# 1 | 11,000.00 | 0.00 |  | 0.00 | FA |
| 11   Assets   Totals (Excluding unknown values) | **$471,184.00** | **$0.00** |  | **$249,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE RETAINED A PERSONAL INJURY LAWYER TO PURSUE AN INTEREST IN A PERSONAL INJURY LAWSUIT WHICH YIELDED APPROXIMATELY $250,000.00 TO THE ESTATE.  THE TRUSTEE IS EVALUATING CLAIMS SOME OF WHICH ARGUABLY SHOULD HAVE BEEN COVERED BY SEPERATE PAYMENT FROM THE ADMINISTRATOR OF THE DE PUY SETTLEMENT. (PI CLAIM).  THIS IS PART OF THE CLAIMS OBJECTION PROCESS AND ONCE THAT IS CONCLUDED THE TRUSTEE WILL CLOSE THE ESTATE.  IN ADDITION THE TRUSTEE HAS FILED SUPPLEMENTAL FEE PETITIONS FOR SPECIAL COUNSEL.

STATUS jANUARY 2017: THE TRUSTEE PREPARED OBJECTIONS TO CLAIMS AND WAS IN THE PROCESS OF CLOSING THE ESTATE WHICH IS A SURPLUS ESTATE. dEBTOR DECIDED TO OBJECT TO THE CLAIM OF AN EX-SPOUSE THAT HAS BEEN ONGOING SINCE aUGUST 2016. oNCE THAT

Printed: 10/19/2017 11:12 AM   V.13.30

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-08863-ABG  
**Case Name:** ROWLETTE, JACQUELINE RUTH

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 03/06/13 (f)  
**§341(a) Meeting Date:** 05/02/13

**Period Ending:** 10/19/17

**Claims Bar Date:** 09/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

DISPUTE IS RESOLVED THE WILL BE ABLE TO CLOSE THIS CASE

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015     **Current Projected Date Of Final Report (TFR):**   September 30, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-08863-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ROWLETTE, JACQUELINE RUTH | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***1873 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/19/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/14/14 | {10} | U.S. ASR HIP Settlement | PI Settlement | 1129-000 | 235,000.00 | | 235,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.67 | 234,887.33 |
| 12/05/14 | 101 | Jacqueline Ruth Rowlette | Exemption Personal injury | 8100-002 | | 15,000.00 | 219,887.33 |
| 12/05/14 | 102 | Jacqueline Ruth Rowlette | Exemptions wild card | 8100-002 | | 2,763.00 | 217,124.33 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 363.31 | 216,761.02 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 311.77 | 216,449.25 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.57 | 216,158.68 |
| 03/30/15 | 103 | Meyers and Flowers LLC | Sprcial Counsel Attny fees | 3210-600 | | 70,833.33 | 145,325.35 |
| 03/30/15 | 104 | Meyers and Flowers LLC | Special Cousel Expenses | 3220-610 | | 7,936.70 | 137,388.65 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.63 | 137,057.02 |
| 04/03/15 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-08863, Bond | 2300-000 | | 75.01 | 136,982.01 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.76 | 136,762.25 |
| 05/08/15 | {10} | US ASR HIP Settlement | Supplemental payment on PI suit | 1129-000 | 8,460.00 | | 145,222.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.45 | 145,024.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.50 | 144,802.30 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.21 | 144,587.09 |
| 08/12/15 | 106 | Meyers & Flowers, LLC | Attorneys Fees | 3210-600 | | 2,550.00 | 142,037.09 |
| 08/12/15 | 107 | Meyers and Flowers, LLC | Attorneys Expenses | 3220-610 | | 586.62 | 141,450.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.43 | 141,250.04 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.72 | 141,033.32 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.85 | 140,830.47 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.81 | 140,634.66 |
| 12/16/15 | {10} | ASR Hip Settlement | Supplemental payment on PI suit | 1129-000 | 5,640.00 | | 146,274.66 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.04 | 146,048.62 |
| 01/11/16 | 108 | Meyers and Flowers, LLC | Attorney Fees | 3210-600 | | 1,878.12 | 144,170.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.81 | 143,968.69 |
| 02/01/16 | | Meyers and Flowers LLC | DePuy Settlement Proceeds overpayment | 3210-600 | | -178.12 | 144,146.81 |
| 02/22/16 | 109 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #13-08863 | 2300-000 | | 66.12 | 144,080.69 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.83 | 143,880.86 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.06 | 143,653.80 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.18 | 143,454.62 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.91 | 143,255.71 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.06 | 143,029.65 |

Subtotals :  $249,100.00   $106,070.35

{} Asset reference(s)

Printed: 10/19/2017 11:12 AM   V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-08863-ABG  
**Case Name:** ROWLETTE, JACQUELINE RUTH  

**Taxpayer ID #:** **-***1873  
**Period Ending:** 10/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.32 | 142,831.33 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.36 | 142,605.97 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.55 | 142,401.42 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.45 | 142,203.97 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.59 | 141,986.38 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.66 | 141,782.72 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.49 | 141,565.23 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.04 | 141,375.19 |
| 03/02/17 | 110 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863 Voided on 03/02/17 | 2300-000 | | 43.27 | 141,331.92 |
| 03/02/17 | 110 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863 Voided: check issued on 03/02/17 | 2300-000 | | -43.27 | 141,375.19 |
| 03/02/17 | 111 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863 Voided on 03/02/17 | 2300-000 | | 43.27 | 141,331.92 |
| 03/02/17 | 111 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863 Voided: check issued on 03/02/17 | 2300-000 | | -43.27 | 141,375.19 |
| 03/02/17 | 112 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863, Bond | 2300-000 | | 43.27 | 141,331.92 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.07 | 141,121.85 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.45 | 140,932.40 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.98 | 140,709.42 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.38 | 140,507.04 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.36 | 140,311.68 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.01 | 140,089.67 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.78 | 139,894.89 |

Subtotals :   $0.00   $3,134.76

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-08863-ABG  
**Case Name:** ROWLETTE, JACQUELINE RUTH  

**Taxpayer ID #:** **-***1873  
**Period Ending:** 10/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 249,100.00 | 109,205.11 | $139,894.89 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 249,100.00 | 109,205.11 | |
| | | | Less: Payments to Debtors | | | 17,763.00 | |
| | | | **NET Receipts / Disbursements** | | **$249,100.00** | **$91,442.11** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7666** | **249,100.00** | **91,442.11** | **139,894.89** |
| | **$249,100.00** | **$91,442.11** | **$139,894.89** |

{} Asset reference(s)

Printed: 10/19/2017 11:12 AM    V.13.30

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 22, 2015

**Case Number:** 13-08863-ABG  
**Debtor Name:** ROWLETTE, JACQUELINE RUTH

Page: 1

**Date:** October 19, 2017  
**Time:** 11:13:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $8,227.00 | $0.00 | 8,227.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $729.60 | $0.00 | 729.60 |
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 177137.08] | $12,097.95 | $0.00 | 12,097.95 |
| 11<br>500 | John Allen Rowlette<br>103 Carriage Road<br>North Barrington, IL 60010 | Priority | (see history below) | $7,000.00 | $0.00 | 7,000.00 |

History: Details 11-1 08/27/2015 Claim #11 filed by John Allen Rowlette, Amount claimed: $57029.21 (Gomez, Denise )
-----------------------------------------------------------------------------* * *

54 06/09/2016 Notice of Hearing and Objection to Claim(s) 11 of John Rowlette Filed by Douglas W. Worrell on behalf of Jacqueline Ruth Rowlette. Hearing scheduled for 7/29/2016 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Attachments: # 1 Proposed Order Proposed order on objection to claim)(Worrell, Douglas)

57 07/27/2016 Amended Notice of Hearing and Amended Objection to Claim(s) 11 of John Rowlette Filed by Douglas W. Worrell on behalf of Jacqueline Ruth Rowlette (RE: 54 Objection to Claim). Hearing scheduled for 9/9/2016 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Worrell, Douglas)

60 09/07/2016 Amended Notice of Hearing and Amended Objection to Claim(s) 11 of John Rowlette Filed by Douglas W. Worrell on behalf of Jacqueline Ruth Rowlette (RE: 54 Objection to Claim). (Attachments: # 1 Proposed Order)(Worrell, Douglas)

64 10/06/2016 Amended Notice of Hearing and Amended Objection to Claim(s) 11 of John Rowlette Filed by Douglas W. Worrell on behalf of Jacqueline Ruth Rowlette (RE: 54 Objection to Claim). Hearing scheduled for 11/18/2016 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Attachments: # 1 Proposed Order)(Worrell, Douglas)

Details 11-2 11/09/2016 Amended Claim #11 filed by John Allen Rowlette, Amount claimed: $41562.37 (Cohen, Joseph )

65 11/18/2016 Amended Notice of Hearing and Amended Objection to Claim(s) 11 of John Rowlette Filed by Douglas W. Worrell on behalf of Jacqueline Ruth Rowlette (RE: 54 Objection to Claim). Hearing scheduled for 11/18/2016 at 01:30 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Worrell, Douglas)

67 11/18/2016 (E)Order Withdrawing Objection to Claim 11 (RE: 54 Objection to Claim, 57 Amended Objection to Claim, 60 Amended Objection to Claim, 64 Amended Objection to Claim, 65 Amended Objection to Claim). Signed on 11/18/2016 (Rowe, Victoria)

69 02/13/2017 Notice of Hearing and Objection to Claim(s) 11 of John Rowlette

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 22, 2015

**Case Number:** 13-08863-ABG  
**Debtor Name:** ROWLETTE, JACQUELINE RUTH  

Page: 2

**Date:** October 19, 2017  
**Time:** 11:13:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Filed by Douglas W. Worrell on behalf of Jacqueline Ruth Rowlette. Hearing scheduled for 3/17/2017 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Worrell, Douglas)  83 06/30/2017 Agreed Order Modifying Claim(s) 11 (RE: 69 Objection to Claim). Signed on 6/30/2017 (Rodarte, Aida) | | | |
| 1 100 | Whitehall of Deerfield  Stone Pogrund Korey  1 E Wacker Drive, Ste 2610  Chicago, IL 60601 | Secured | History: Details1-105/03/2013Claim #1 filed by Whitehall of Deerfield, Amount claimed: $27638.07 (Stark, Lawrence )  55 06/29/2016 Notice of Hearing and Objection to Claim(s) 1 of Whitehall of Deerfield Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 7/29/2016 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Attachments: # 1 Exhibit Proof of Claim # 2 Proposed Order)(Goldstein, Ilene)  61 09/09/2016 Order Disallowing Claim(s) 1 (RE: 55 Objection to Claim). Signed on 9/9/2016 (Rowe, Victoria)  ---------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 2 610 | Nicor Gas  Po box 549  Aurora, IL 60507 | Unsecured | History: Details2-105/02/2014Claim #2 filed by Nicor Gas, Amount claimed: $609.82 (Frank, Veronica )  ---------------------------------------------------------------------------* * * | $609.82 | $0.00 | 609.82 |
| 3 610 | Creditors' Discount & Audit  PO. Box 213  Streator, IL 61364 | Unsecured | History: Details3-106/29/2015Claim #3 filed by Creditors' Discount & Audit, Amount claimed: $251.00 (Gonzalez, Maribel )  ---------------------------------------------------------------------------* * * | $251.00 | $0.00 | 251.00 |
| 4 -2 610 | Schwartz Wolf & Bernstein, LLP  314 N. McHenry Road  Buffalo Grove, IL 60089 | Unsecured | 09/30/2017 Amendment 4-2 imported by ILENE; original claim disallowed  ---------------------------------------------------------------------------  History: Details4-107/06/2015Claim #4 filed by Schwartz Wolf & Bernstein, LLP, Amount claimed: $24579.00 (Bernstein, Howard )  Details4-207/09/2015Amended Claim #4 filed by Schwartz Wolf & Bernstein, LLP, Amount claimed: $20579.00 (Bernstein, Howard )  ---------------------------------------------------------------------------* * * | $20,579.00 | $0.00 | 20,579.00 |
| 5 610 | Lake County DBA Lake County Public Works  650 W. Winchester Rd.  Libertyville, IL 60048-1391 | Unsecured | History: Details5-107/09/2015Claim #5 filed by Lake County DBA Lake County Public Works, Amount claimed: $1751.65 (Gonzalez, Maribel )  ---------------------------------------------------------------------------* * * | $1,751.65 | $0.00 | 1,751.65 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 22, 2015

**Case Number:** 13-08863-ABG  
**Debtor Name:** ROWLETTE, JACQUELINE RUTH

Page: 3

**Date:** October 19, 2017  
**Time:** 11:13:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 610 | Integra Healthcare Equipment LLC<br>747 N. Church Road, Ste G7<br>Elmhurst, IL 60126-1420 | Unsecured | History: Details6-107/20/2015Claim #6 filed by Integra Healthcare Equipment LLC, Amount claimed: $125.00 (Gonzalez, Maribel )<br>------------------------------------------------------------------------------\* \* \* | $125.00 | $0.00 | 125.00 |
| 7 610 | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | History: Details7-107/24/2015Claim #7 filed by Chase Bank USA, N.A., Amount claimed: $8798.73 (Driscoll, Kevin )<br>------------------------------------------------------------------------------\* \* \* | $8,798.73 | $0.00 | 8,798.73 |
| 8 610 | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | History: Details8-107/24/2015Claim #8 filed by Chase Bank USA, N.A., Amount claimed: $10131.54 (Driscoll, Kevin )<br>------------------------------------------------------------------------------\* \* \* | $10,131.54 | $0.00 | 10,131.54 |
| 9 610 | J&L Teamworks<br>651 N. Cherokee Ln Suite B2<br>Lodi, CA 95240 | Unsecured | History: Details9-108/11/2015Claim #9 filed by J&L Teamworks, Amount claimed: $151830.53 (Dragonetti, Alex )<br>------------------------------------------------------------------------------\* \* \* | $3,236.00 | $0.00 | 3,236.00 |
| 10 610 | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | History: Details10-108/18/2015Claim #10 filed by Midland Credit Management, Inc as agent for, Amount claimed: $8723.50 (Raymond, Joseph )<br>------------------------------------------------------------------------------\* \* \* | $8,723.50 | $0.00 | 8,723.50 |
| 12 610 | Gene Myers<br>Ginsberg Myers & Assoc. LLP<br>1264 Derby Lane<br>Mundelein, IL 60060 | Unsecured | History: Details12-109/10/2015Claim #12 filed by Gene Myers, Amount claimed: $2750.00 (Worrell, Douglas )<br>------------------------------------------------------------------------------\* \* \* | $2,750.00 | $0.00 | 2,750.00 |
| 2I 640 | Nicor Gas<br>Po box 549<br>Aurora, IL 60507 | Unsecured | | $4.88 | $0.00 | 4.88 |
| 3I 640 | Creditors' Discount & Audit<br>PO. Box 213<br>Streator, IL 61364 | Unsecured | | $2.01 | $0.00 | 2.01 |
| 4I-2 640 | Schwartz Wolf & Bernstein, LLP<br>314 N. McHenry Road<br>Buffalo Grove, IL 60089 | Unsecured | | $164.57 | $0.00 | 164.57 |
| 5I 640 | Lake County DBA Lake County Public Works<br>650 W. Winchester Rd.<br>Libertyville, IL 60048-1391 | Unsecured | | $14.01 | $0.00 | 14.01 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 22, 2015

**Case Number:** 13-08863-ABG
**Debtor Name:** ROWLETTE, JACQUELINE RUTH

Page: 4

**Date:** October 19, 2017
**Time:** 11:13:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6I 640 | Integra Healthcare Equipment LLC<br>747 N. Church Road, Ste G7<br>Elmhurst, IL 60126-1420 | Unsecured | | $1.00 | $0.00 | 1.00 |
| 7I 640 | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | | $70.36 | $0.00 | 70.36 |
| 8I 640 | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | | $81.02 | $0.00 | 81.02 |
| 9I 640 | J&L Teamworks<br>651 N. Cherokee Ln Suite B2<br>Lodi, CA 95240 | Unsecured | | $25.88 | $0.00 | 25.88 |
| 10I 640 | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $69.76 | $0.00 | 69.76 |
| 11I 640 | John Allen Rowlette<br>103 Carriage Road<br>North Barrington, IL 60010 | Unsecured | | $55.98 | $0.00 | 55.98 |
| 12I 640 | Gene Myers<br>Ginsberg Myers & Assoc. LLP<br>1264 Derby Lane<br>Mundelein, IL 60060 | Unsecured | | $21.99 | $0.00 | 21.99 |
| SURPLUS 650 | ROWLETTE, JACQUELINE RUTH<br>7047 WILLOW SPRINGS<br>LONG GROVE, IL 60060 | Unsecured | | $54,372.36 | $0.00 | 54,372.36 |
| **<< Totals >>** | | | | 139,894.61 | 0.00 | 139,894.61 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 13-08863-ABG
Case Name: ROWLETTE, JACQUELINE RUTH
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**                    $    139,894.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Whitehall of Deerfield | 27,638.07 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                         $   139,894.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 12,097.95 | 0.00 | 12,097.95 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 8,227.00 | 0.00 | 8,227.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 729.60 | 0.00 | 729.60 |

Total to be paid for chapter 7 administration expenses:    $    21,054.55
Remaining balance:                                          $   118,840.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00
Remaining balance:                                              $   118,840.34

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | John Allen Rowlette | 7,000.00 | 0.00 | 7,000.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 7,000.00 |
| Remaining balance: | $ | 111,840.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,956.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Nicor Gas | 609.82 | 0.00 | 609.82 |
| 3 | Creditors' Discount & Audit | 251.00 | 0.00 | 251.00 |
| 4 -2 | Schwartz Wolf & Bernstein, LLP | 20,579.00 | 0.00 | 20,579.00 |
| 5 | Lake County DBA Lake County Public Works | 1,751.65 | 0.00 | 1,751.65 |
| 6 | Integra Healthcare Equipment LLC | 125.00 | 0.00 | 125.00 |
| 7 | Chase Bank USA, N.A. | 8,798.73 | 0.00 | 8,798.73 |
| 8 | Chase Bank USA, N.A. | 10,131.54 | 0.00 | 10,131.54 |
| 9 | J&L Teamworks | 3,236.00 | 0.00 | 3,236.00 |
| 10 | Midland Credit Management, Inc as agent for | 8,723.50 | 0.00 | 8,723.50 |
| 12 | Gene Myers | 2,750.00 | 0.00 | 2,750.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 56,956.24 |
| Remaining balance: | $ | 54,884.10 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 54,884.10

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 54,884.10

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $511.46. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 54,372.36.

**UST Form 101-7-TFR (05/1/2011)**