UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                  )
                                        )
**ROWLETTE, JACQUELINE RUTH**           )     Bankruptcy Case No. 13-08863 ABG
                                        )     Chapter 7
                                        )
Debtor(s).                              )

### CERTIFICATE OF SERVICE

      The undersigned certifies that on October 19, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    ROWLETTE, JACQUELINE RUTH
    7047 WILLOW SPRINGS
    LONG GROVE, IL 60060


    ILENE F. GOLDSTEIN
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

1    Whitehall of Deerfield
    Stone Pogrund Korey
    1 E Wacker Drive, Ste 2610
    Chicago, IL 60601

| | |
|---|---|
| 2 | Nicor Gas<br>Po box 549<br>Aurora, IL 60507 |
| 2I | Nicor Gas<br>Po box 549<br>Aurora, IL 60507 |
| 3 | Creditors' Discount & Audit<br>PO. Box 213<br>Streator, IL 61364 |
| 3I | Creditors' Discount & Audit<br>PO. Box 213<br>Streator, IL 61364 |
| 4 -2 | Schwartz Wolf & Bernstein, LLP<br>314 N. McHenry Road<br>Buffalo Grove, IL 60089 |
| 4I-2 | Schwartz Wolf & Bernstein, LLP<br>314 N. McHenry Road<br>Buffalo Grove, IL 60089 |
| 5 | Lake County DBA Lake County Public Works<br>650 W. Winchester Rd.<br>Libertyville, IL 60048-1391 |
| 5I | Lake County DBA Lake County Public Works<br>650 W. Winchester Rd.<br>Libertyville, IL 60048-1391 |
| 6 | Integra Healthcare Equipment LLC<br>747 N. Church Road, Ste G7<br>Elmhurst, IL 60126-1420 |
| 6I | Integra Healthcare Equipment LLC<br>747 N. Church Road, Ste G7<br>Elmhurst, IL 60126-1420 |
| 7 | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 |

| | |
|---|---|
| 7I | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 |
| 8 | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 |
| 8I | Chase Bank USA, N.A.<br>attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 |
| 9 | J&L Teamworks<br>651 N. Cherokee Ln Suite B2<br>Lodi, CA 95240 |
| 9I | J&L Teamworks<br>651 N. Cherokee Ln Suite B2<br>Lodi, CA 95240 |
| 10 | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 |
| 10I | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 |
| 11 | John Allen Rowlette<br>103 Carriage Road<br>North Barrington, IL 60010 |
| 11I | John Allen Rowlette<br>103 Carriage Road<br>North Barrington, IL 60010 |
| 12 | Gene Myers<br>Ginsberg Myers & Assoc. LLP |

                    1264 Derby Lane
                    Mundelein, IL 60060

12I      Gene Myers
          Ginsberg Myers & Assoc. LLP
          1264 Derby Lane
          Mundelein, IL 60060

SURPLUS   ROWLETTE, JACQUELINE RUTH
                  7047 WILLOW SPRINGS
                  LONG GROVE, IL 60060


/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402