# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ROWLETTE, JACQUELINE RUTH  § Case No. 13-08863
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $471,184.00          Assets Exempt: $94,918.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $64,467.70     Claims Discharged
                                                Without Payment: $151.38

Total Expenses of Administration: $112,496.94

---

3) Total gross receipts of $   249,100.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   72,135.36  (see **Exhibit 2**), yielded net receipts of $176,964.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $27,638.07 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 112,496.94 | 112,496.94 | 112,496.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 206,213.61 | 57,619.08 | 57,467.70 |
| **TOTAL DISBURSEMENTS** | $0.00 | $353,348.62 | $177,116.02 | $176,964.64 |

4) This case was originally filed under Chapter 7 on March 06, 2013. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2018            By: /s/ILENE F. GOLDSTEIN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury, products liability, disability, | 1129-000 | 249,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$249,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jacqueline Ruth Rowlette | Exemption Personal injury | 8100-002 | 15,000.00 |
| Jacqueline Ruth Rowlette | Exemptions wild card | 8100-002 | 2,763.00 |
| ROWLETTE, JACQUELINE RUTH | Dividend paid 100.00% on $54,372.36; Claim# SURPLUS; Filed: $54,372.36; Reference: | 8200-002 | 54,372.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$72,135.36** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Whitehall of Deerfield | 4110-000 | N/A | 27,638.07 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$27,638.07** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 12,097.95 | 12,097.95 | 12,097.95 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 8,227.00 | 8,227.00 | 8,227.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 729.60 | 729.60 | 729.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 112.67 | 112.67 | 112.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 363.31 | 363.31 | 363.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 311.77 | 311.77 | 311.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 290.57 | 290.57 | 290.57 |
| Other - Meyers and Flowers LLC | 3210-600 | N/A | 70,833.33 | 70,833.33 | 70,833.33 |
| Other - Meyers and Flowers LLC | 3220-610 | N/A | 7,936.70 | 7,936.70 | 7,936.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 331.63 | 331.63 | 331.63 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 75.01 | 75.01 | 75.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 219.76 | 219.76 | 219.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 197.45 | 197.45 | 197.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 222.50 | 222.50 | 222.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 215.21 | 215.21 | 215.21 |
| Other - Meyers & Flowers, LLC | 3210-600 | N/A | 2,550.00 | 2,550.00 | 2,550.00 |
| Other - Meyers and Flowers, LLC | 3220-610 | N/A | 586.62 | 586.62 | 586.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 200.43 | 200.43 | 200.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 216.72 | 216.72 | 216.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 202.85 | 202.85 | 202.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 195.81 | 195.81 | 195.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 226.04 | 226.04 | 226.04 |
| Other - Meyers and Flowers, LLC | 3210-600 | N/A | 1,878.12 | 1,878.12 | 1,878.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 201.81 | 201.81 | 201.81 |
| Other - Meyers and Flowers LLC | 3210-600 | N/A | -178.12 | -178.12 | -178.12 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 66.12 | 66.12 | 66.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 199.83 | 199.83 | 199.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 227.06 | 227.06 | 227.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 199.18 | 199.18 | 199.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 198.91 | 198.91 | 198.91 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 226.06 | 226.06 | 226.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 198.32 | 198.32 | 198.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 225.36 | 225.36 | 225.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 204.55 | 204.55 | 204.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 197.45 | 197.45 | 197.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 217.59 | 217.59 | 217.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 203.66 | 203.66 | 203.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 217.49 | 217.49 | 217.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 190.04 | 190.04 | 190.04 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 43.27 | 43.27 | 43.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 210.07 | 210.07 | 210.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 189.45 | 189.45 | 189.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 222.98 | 222.98 | 222.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 202.38 | 202.38 | 202.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 195.36 | 195.36 | 195.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 222.01 | 222.01 | 222.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.78 | 194.78 | 194.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 0.28 | 0.28 | 0.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$112,496.94** | **$112,496.94** | **$112,496.94** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | John Allen Rowlette | 5100-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $7,000.00 | $7,000.00 | $7,000.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Nicor Gas | 7100-000 | N/A | 609.82 | 609.82 | 609.82 |
| 2I | Nicor Gas | 7990-000 | N/A | 4.88 | 4.88 | 4.88 |
| 3 | Creditors' Discount & Audit | 7100-000 | N/A | 251.00 | 251.00 | 251.00 |
| 3I | Creditors' Discount & Audit | 7990-000 | N/A | 2.01 | 2.01 | 2.01 |
| 4 -2 | Schwartz Wolf & Bernstein, LLP | 7100-000 | N/A | 20,579.00 | 20,579.00 | 20,579.00 |
| 4I-2 | Schwartz Wolf & Bernstein, LLP | 7990-000 | N/A | 164.57 | 164.57 | 164.57 |
| 5 | Lake County DBA Lake County Public Works | 7100-000 | N/A | 1,751.65 | 1,751.65 | 1,751.65 |
| 5I | Lake County DBA Lake County Public Works | 7990-000 | N/A | 14.01 | 14.01 | 14.01 |
| 6 | Integra Healthcare Equipment LLC | 7100-000 | N/A | 125.00 | 125.00 | 125.00 |
| 6I | Integra Healthcare Equipment LLC | 7990-000 | N/A | 1.00 | 1.00 | 1.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,798.73 | 8,798.73 | 8,798.73 |
| 7I | Chase Bank USA, N.A. | 7990-000 | N/A | 70.36 | 70.36 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 10,131.54 | 10,131.54 | 10,131.54 |
| 8I | Chase Bank USA, N.A. | 7990-000 | N/A | 81.02 | 81.02 | 0.00 |
| 9 | J&L Teamworks | 7100-000 | N/A | 151,830.53 | 3,236.00 | 3,236.00 |
| 9I | J&L Teamworks | 7990-000 | N/A | 25.88 | 25.88 | 25.88 |
| 10 | Midland Credit Management, Inc as agent for | 7100-000 | N/A | 8,723.50 | 8,723.50 | 8,723.50 |
| 10I | Midland Credit Management, Inc as agent for | 7990-000 | N/A | 69.76 | 69.76 | 69.76 |
| 11I | John Allen Rowlette | 7990-000 | N/A | 55.98 | 55.98 | 55.98 |
| 12 | Gene Myers | 7100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| 12I | Gene Myers | 7990-000 | N/A | 21.99 | 21.99 | 21.99 |
| | Clerk of the United States Bankruptcy Court | 7100-000 | N/A | 151.38 | 151.38 | 151.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $206,213.61 | $57,619.08 | $57,467.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-08863  
**Case Name:** ROWLETTE, JACQUELINE RUTH  

**Period Ending:** 05/09/18

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 03/06/13 (f)  
**§341(a) Meeting Date:** 05/02/13  
**Claims Bar Date:** 09/22/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  12 Croydon Road, Hawthorn Woods, IL 60047  Imported from original petition Doc# 1 | 386,000.00 | 0.00 | OA | 0.00 | FA |
| 2  Cash on Hand  Imported from original petition Doc# 1 | 60.00 | 0.00 | | 0.00 | FA |
| 3  Chase Checking  Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 4  Accomodation co-signer on BMO Harris account wit  Imported from original petition Doc# 1 | 66.00 | 0.00 | | 0.00 | FA |
| 5  Minimal household goods and furnishings  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Misc clothing and wearing apparel  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7  AARP term life policy no cash value, children ar  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  Interest in ex-husbands pension, defined benefit  Imported from original petition Doc# 1 | 73,418.00 | 0.00 | | 0.00 | FA |
| 9  Rowlette, Inc. real estate brokerage, liabilitie  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Personal Injury, products liability, disability,  Imported from original petition Doc# 1 | Unknown | 0.00 | | 249,100.00 | FA |
| 11  2008 Jeep Liberty, 50K plus miles  Imported from original petition Doc# 1 | 11,000.00 | 0.00 | | 0.00 | FA |
| 11  **Assets   Totals** (Excluding unknown values) | **$471,184.00** | **$0.00** | | **$249,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RETAINED A PERSONAL INJURY LAWYER TO PURSUE AN INTEREST IN A PERSONAL INJURY LAWSUIT WHICH YIELDED APPROXIMATELY $250,000.00 TO THE ESTATE. THE TRUSTEE IS EVALUATING CLAIMS SOME OF WHICH ARGUABLY SHOULD HAVE BEEN COVERED BY SEPERATE PAYMENT FROM THE ADMINISTRATOR OF THE DE PUY SETTLEMENT. (PI CLAIM). THIS IS PART OF THE CLAIMS OBJECTION PROCESS AND ONCE THAT IS CONCLUDED THE TRUSTEE WILL CLOSE THE ESTATE. IN ADDITION THE TRUSTEE HAS FILED SUPPLEMENTAL FEE PETITIONS FOR SPECIAL COUNSEL.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-08863  
**Case Name:** ROWLETTE, JACQUELINE RUTH

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 03/06/13 (f)  
**§341(a) Meeting Date:** 05/02/13

**Period Ending:** 05/09/18

**Claims Bar Date:** 09/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

STATUS jANUARY 2017: THE TRUSTEE PREPARED OBJECTIONS TO CLAIMS AND WAS IN THE PROCESS OF CLOSING THE ESTATE WHICH IS A SURPLUS ESTATE. dEBTOR DECIDED TO OBJECT TO THE CLAIM OF AN EX-SPOUSE THAT HAS BEEN ONGOING SINCE aUGUST 2016. oNCE THAT DISPUTE IS RESOLVED THE WILL BE ABLE TO CLOSE THIS CASE

STATUS: JANUARY 2018  The trustee has disbursed and is waiting for checks to clear.  TDR should be filed in the next 30 to 60 days.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015          **Current Projected Date Of Final Report (TFR):**     October 19, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-08863  
**Case Name:** ROWLETTE, JACQUELINE RUTH  
**Taxpayer ID #:** \*\*-\*\*\*1873  
**Period Ending:** 05/09/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*7666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/14 | {10} | U.S. ASR HIP Settlement | PI Settlement | 1129-000 | 235,000.00 | | 235,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.67 | 234,887.33 |
| 12/05/14 | 101 | Jacqueline Ruth Rowlette | Exemption Personal injury | 8100-002 | | 15,000.00 | 219,887.33 |
| 12/05/14 | 102 | Jacqueline Ruth Rowlette | Exemptions wild card | 8100-002 | | 2,763.00 | 217,124.33 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 363.31 | 216,761.02 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 311.77 | 216,449.25 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.57 | 216,158.68 |
| 03/30/15 | 103 | Meyers and Flowers LLC | Sprcial Counsel Attny fees | 3210-600 | | 70,833.33 | 145,325.35 |
| 03/30/15 | 104 | Meyers and Flowers LLC | Special Cousel Expenses | 3220-610 | | 7,936.70 | 137,388.65 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.63 | 137,057.02 |
| 04/03/15 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-08863, Bond | 2300-000 | | 75.01 | 136,982.01 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.76 | 136,762.25 |
| 05/08/15 | {10} | US ASR HIP Settlement | Supplemental payment on PI suit | 1129-000 | 8,460.00 | | 145,222.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.45 | 145,024.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.50 | 144,802.30 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.21 | 144,587.09 |
| 08/12/15 | 106 | Meyers & Flowers, LLC | Attorneys Fees | 3210-600 | | 2,550.00 | 142,037.09 |
| 08/12/15 | 107 | Meyers and Flowers, LLC | Attorneys Expenses | 3220-610 | | 586.62 | 141,450.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.43 | 141,250.04 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.72 | 141,033.32 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.85 | 140,830.47 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.81 | 140,634.66 |
| 12/16/15 | {10} | ASR Hip Settlement | Supplemental payment on PI suit | 1129-000 | 5,640.00 | | 146,274.66 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.04 | 146,048.62 |
| 01/11/16 | 108 | Meyers and Flowers, LLC | Attorney Fees | 3210-600 | | 1,878.12 | 144,170.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.81 | 143,968.69 |
| 02/01/16 | | Meyers and Flowers LLC | DePuy Settlement Proceeds overpayment | 3210-600 | | -178.12 | 144,146.81 |
| 02/22/16 | 109 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #13-08863 | 2300-000 | | 66.12 | 144,080.69 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.83 | 143,880.86 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.06 | 143,653.80 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.18 | 143,454.62 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.91 | 143,255.71 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.06 | 143,029.65 |

Subtotals : $249,100.00 $106,070.35

{} Asset reference(s)        Printed: 05/09/2018 04:28 PM    V.13.32

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-08863  
**Case Name:** ROWLETTE, JACQUELINE RUTH  

**Taxpayer ID #:** **-***1873  
**Period Ending:** 05/09/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.32 | 142,831.33 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.36 | 142,605.97 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.55 | 142,401.42 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.45 | 142,203.97 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.59 | 141,986.38 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.66 | 141,782.72 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.49 | 141,565.23 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.04 | 141,375.19 |
| 03/02/17 | 110 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863<br>Voided on 03/02/17 | 2300-000 | | 43.27 | 141,331.92 |
| 03/02/17 | 110 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863<br>Voided: check issued on 03/02/17 | 2300-000 | | -43.27 | 141,375.19 |
| 03/02/17 | 111 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863<br>Voided on 03/02/17 | 2300-000 | | 43.27 | 141,331.92 |
| 03/02/17 | 111 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863<br>Voided: check issued on 03/02/17 | 2300-000 | | -43.27 | 141,375.19 |
| 03/02/17 | 112 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-08863, Bond | 2300-000 | | 43.27 | 141,331.92 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.07 | 141,121.85 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.45 | 140,932.40 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.98 | 140,709.42 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.38 | 140,507.04 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.36 | 140,311.68 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.01 | 140,089.67 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.78 | 139,894.89 |
| 11/21/17 | 113 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $8,227.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,227.00 | 131,667.89 |
| 11/21/17 | 114 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $729.60, Attorney for Trustee Expenses (Trustee Firm); | 3120-000 | | 729.60 | 130,938.29 |

Subtotals :  $0.00   $12,091.36

{} Asset reference(s)

Printed: 05/09/2018 04:28 PM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-08863 | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- |
| Case Name: | ROWLETTE, JACQUELINE RUTH | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***1873 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/09/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Reference: | | | | |
| 11/21/17 | 115 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $12,097.95, Trustee Compensation;  Reference: | 2100-000 | | 12,097.95 | 118,840.34 |
| 11/21/17 | 116 | John Allen Rowlette | Dividend paid 100.00% on $7,000.00; Claim# 11; Filed: $7,000.00; Reference: | 5100-000 | | 7,000.00 | 111,840.34 |
| 11/21/17 | 117 | Nicor Gas | Dividend paid 100.00% on $609.82; Claim# 2; Filed: $609.82; Reference: | 7100-000 | | 609.82 | 111,230.52 |
| 11/21/17 | 118 | Creditors' Discount & Audit | Dividend paid 100.00% on $251.00; Claim# 3; Filed: $251.00; Reference: | 7100-000 | | 251.00 | 110,979.52 |
| 11/21/17 | 119 | Schwartz Wolf & Bernstein, LLP | Dividend paid 100.00% on $20,579.00; Claim# 4 -2; Filed: $20,579.00; Reference: | 7100-000 | | 20,579.00 | 90,400.52 |
| 11/21/17 | 120 | Lake County DBA Lake County Public Works | Dividend paid 100.00% on $1,751.65; Claim# 5; Filed: $1,751.65; Reference: | 7100-000 | | 1,751.65 | 88,648.87 |
| 11/21/17 | 121 | Integra Healthcare Equipment LLC | Dividend paid 100.00% on $125.00; Claim# 6; Filed: $125.00; Reference: | 7100-000 | | 125.00 | 88,523.87 |
| 11/21/17 | 122 | Chase Bank USA, N.A. | Dividend paid 100.00% on $8,798.73; Claim# 7; Filed: $8,798.73; Reference: | 7100-000 | | 8,798.73 | 79,725.14 |
| 11/21/17 | 123 | Chase Bank USA, N.A. | Dividend paid 100.00% on $10,131.54; Claim# 8; Filed: $10,131.54; Reference: | 7100-000 | | 10,131.54 | 69,593.60 |
| 11/21/17 | 124 | J&L Teamworks | Dividend paid 100.00% on $3,236.00; Claim# 9; Filed: $151,830.53; Reference: | 7100-000 | | 3,236.00 | 66,357.60 |
| 11/21/17 | 125 | Midland Credit Management, Inc as agent for | Dividend paid 100.00% on $8,723.50; Claim# 10; Filed: $8,723.50; Reference: | 7100-000 | | 8,723.50 | 57,634.10 |
| 11/21/17 | 126 | Gene Myers | Dividend paid 100.00% on $2,750.00; Claim# 12; Filed: $2,750.00; Reference: | 7100-000 | | 2,750.00 | 54,884.10 |
| 11/21/17 | 127 | Schwartz Wolf & Bernstein, LLP | Dividend paid 100.00% on $164.57; Claim# 4I-2; Filed: $164.57; Reference: | 7990-000 | | 164.57 | 54,719.53 |
| 11/21/17 | 128 | Lake County DBA Lake County Public Works | Dividend paid 100.00% on $14.01; Claim# 5I; Filed: $14.01; Reference: | 7990-000 | | 14.01 | 54,705.52 |
| 11/21/17 | 129 | Chase Bank USA, N.A. | Dividend paid 100.00% on $70.36; Claim# 7I; Filed: $70.36; Reference: | 7990-000 | | 70.36 | 54,635.16 |
| 11/21/17 | 130 | Chase Bank USA, N.A. | Dividend paid 100.00% on $81.02; Claim# 8I; Filed: $81.02; Reference: | 7990-000 | | 81.02 | 54,554.14 |
| 11/21/17 | 131 | J&L Teamworks | Dividend paid 100.00% on $25.88; Claim# 9I; Filed: $25.88; Reference: | 7990-000 | | 25.88 | 54,528.26 |
| 11/21/17 | 132 | Midland Credit Management, Inc as agent for | Dividend paid 100.00% on $69.76; Claim# 10I; Filed: $69.76; Reference: | 7990-000 | | 69.76 | 54,458.50 |
| 11/21/17 | 133 | John Allen Rowlette | Dividend paid 100.00% on $55.98; Claim# 11I; Filed: $55.98; Reference: | 7990-000 | | 55.98 | 54,402.52 |
| | | | Subtotals : | | $0.00 | $76,535.77 | |

{} Asset reference(s)

Printed: 05/09/2018 04:28 PM   V.13.32

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-08863  
**Case Name:** ROWLETTE, JACQUELINE RUTH  

**Taxpayer ID #:** **-***1873  
**Period Ending:** 05/09/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/17 | 134 | Gene Myers | Dividend paid 100.00% on $21.99; Claim# 12I; Filed: $21.99; Reference: | 7990-000 | | 21.99 | 54,380.53 |
| 11/21/17 | 135 | ROWLETTE, JACQUELINE RUTH | Dividend paid 100.00% on $54,372.36; Claim# SURPLUS; Filed: $54,372.36; Reference: | 8200-002 | | 54,372.36 | 8.17 |
| 11/21/17 | 136 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 7.89 | 0.28 |
| | | | Dividend paid 100.00%  4.88<br>on $4.88; Claim# 2I;<br>Filed: $4.88 | 7990-000 | | | 0.28 |
| | | | Dividend paid 100.00%  2.01<br>on $2.01; Claim# 3I;<br>Filed: $2.01 | 7990-000 | | | 0.28 |
| | | | Dividend paid 100.00%  1.00<br>on $1.00; Claim# 6I;<br>Filed: $1.00 | 7990-000 | | | 0.28 |
| 01/31/18 | | Chase Bank USA, N.A. | Refund on interest distribution | 7990-000 | | -81.02 | 81.30 |
| 01/31/18 | | Chase Bank USA, N.A. | Refund of payment of interest | 7990-000 | | -70.36 | 151.66 |
| 02/23/18 | 137 | Clerk of the United States Bankruptcy Court | Deposit of unclaimed funds<br>Voided on 03/14/18 | 7100-900 | | 151.66 | 0.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | -10.00 |
| 03/02/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 0.00 |
| 03/02/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 0.28 | -0.28 |
| 03/14/18 | 137 | Clerk of the United States Bankruptcy Court | Deposit of unclaimed funds<br>Voided: check issued on 02/23/18 | 7100-900 | | -151.66 | 151.38 |
| 03/21/18 | 138 | Clerk of the United States Bankruptcy Court | | 7100-000 | | 151.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **249,100.00** | **249,100.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **249,100.00** | **249,100.00** | |
| | | | Less: Payments to Debtors | | | 72,135.36 | |
| | | | **NET Receipts / Disbursements** | | **$249,100.00** | **$176,964.64** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-08863 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ROWLETTE, JACQUELINE RUTH | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7666 - Checking Account |
| **Taxpayer ID #:** | **-***1873 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/09/18 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | Checking # ******7666 | | 249,100.00 | 176,964.64 | 0.00 |
| | | | | | $249,100.00 | $176,964.64 | $0.00 |

{} Asset reference(s)

Printed: 05/09/2018 04:28 PM   V.13.32